In Re:

Timothy G Doran
1116 Whitman Ct Ne
Renton,WA 98059

Chapter 13 Case # 07-13302

SSN 1: XXX-XX-0594

Judge Karen A. Overstreet

## Trustee's Final Report and Account

**K. Michael Fitzgerald**, **Trustee** for the above case, submits the following Final Report and Account of the administrations of the estate pursuant to 11 USC 1302 (b)(1).

**1. The case was filed on 07/19/2007 and was not confirmed.**
   The case was *Dismissed Without Confirmation* on 03/13/2008.

**2. The amount paid to the Trustee by or on behalf of the debtor was $4,855.00.**

**3. The Trustee made disbursements to creditors as follows:**

| Creditor Name | Class | Claimed Amount | PrincipalPaid | InterestPaid | Balance Due |
|---|---|---|---|---|---|
| Harley Davidson Credit   06 Hd/Sd 11-07 | Secured By Boat/Rv/Cycles/ | $16,721.79 | $764.30 | $1,522.09 | $15,957.49 |

**4. The following creditors recieved no disbursements:**

| Creditor Name | Class | Claimed Amount |
|---|---|---|
| Boeing Employee Cr Union   06 Pt Cruiser/No Provision | Secured By Vehicle | $0.00 |
| Chase | Not Filed | $0.00 |
| Comcast | Not Filed | $0.00 |
| Countrywide Financial Corp   Arm/6Mos/1116 Whitman Ct Ne/Sd 9-07 | Current 1St Mortgage | $0.00 |
| Countrywide Financial Corp   ~8-07 | 1St Mortgage Delinquency | $9,458.54 |
| King Co Off Of Finance   Pay With Irs Refund/H06, F07/Good~10-07 | Real Property Tax | $4,286.27 |
| Les Schwab Tire | Unsecured | $2,648.54 |
| Les Schwab Tire   Tires/Chains/Lift Kit | Unsecured Filed As Secured | $557.95 |
| Litton Loan Servicing   1116 Whitman Ct Ne/Sd 10-07 | Current 2Nd Mortgage | $0.00 |
| Litton Loan Servicing   ~9-07 | 2Nd Mortgage Delinquency | $4,943.81 |
| Mccalla Raymer Padrick Et Al   Litton Loan Servicing | 2002 Notice | $0.00 |
| Routh Crabtree Olsen Ps   Countrywide Home Loans | 2002 Notice | $0.00 |

| | | |
|---|---|---|
| Tsys Debt Management<br>    Capital One | Unsecured | $759.18 |
| Us Treasury/Irs<br>    I04 | Irs | $881.41 |
| Us Treasury/Irs<br>    I97.00,03/Penalty | Unsecured | $4,498.46 |
| Us Treasury/Irs | Notice Only | $0.00 |
| Us Treasury/Irs<br>    Ei05 (M32)/No Return Filed | Estimated Irs Debt | $5,690.16 |
| Wash St Emp Sec Dept<br>    Sched Secured/No Plan Provision | No Provision | $0.00 |
| Washington Mutual | Not Filed | $0.00 |
| Weinstein & Riley Ps<br>    Eddie Bauer/World Financial | Unsecured | $507.17 |

**5. Summary of Disbursements:**

| | Secured | Priority | Unsecured | Total |
|---|---|---|---|---|
| Claim Amount | $35,410.41 | $6,571.57 | $8,971.30 | $50,953.28 |
| Principal Paid | $764.30 | $0.00 | $0.00 | $764.30 |
| Interest Paid | $1,522.09 | $0.00 | $0.00 | $1,522.09 |

**6. Costs of Administration:**

The Debtor's attorney was allowed $0.00 and was paid $0.00.

The Trustee was paid $155.00 pursuant to 11 USC 1302.

Refunds to debtor total $2,413.61.

The current balance on hand in the case is $0.00

The filing fee paid to the clerk     $0.00

                                                    /s/ *K. Michael Fitzgerald*

CM052                                                          K. Michael Fitzgerald

**CC: Debtor'sAttorney**

    M Wayne Boyack
    720 3Rd Ave Ste 1400
    Seattle,WA 98104